# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943  
Fax (414) 271-9344  
info@chapter13milwaukee.com

740 N. Plankinton Avenue  
Suite 400  
Milwaukee, Wisconsin 53203

August 21, 2009

Clerk of US Bankruptcy Court  
126 U S Courthouse  
517 E. Wisconsin Ave.  
Milwaukee, WI 53202

RE: DBTR: THOMAS TAIBL  
     CASE NO: 05-41669-JES

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056931 which replaces check # 1055746 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE



cc: file

**Mary B. Grossman**
**Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

July 30, 2009

SunTrust Bank  64-79 / 611

No. 1055746

PAY** One Hundred Forty One Dollars and 46 Cents************************************

AMOUNT **************$141.46 ***

TO THE ORDER OF

00081480
WESTPORT BENEFITS
PO BOX 766
BUFFALO, NY 14226-0766

VOID AFTER October 28, 2009
Positive Pay Account

⑈1055746⑈ ⑆061100790⑆ 000000575177⑈

Mary B. Grossman, Chapter 13 Trustee                    Check No. 1055746
Pay to: 00081480  WESTPORT BENEFITS
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-41669-JES | 020-0 | THOMAS E. TAIBL | 3881460515 | 289.78 | 37.36 | 0.00 | 37.36 |
| 05-43102-PP | 015-0 | JOSEPH A. OBMASCHER | 3031171423 | 289.97 | 29.64 | 0.00 | 29.64 |
| 06-20568-JES | 020-0 | CARL A. CURREY | 3140661492 | 31.26 | 21.75 | 0.00 | 21.75 |
| 06-21478-PP | 014-0 | CATHERINE E. STEARNS | 3139081253 | 35.55 | 16.69 | 0.00 | 16.69 |
| 06-21783-JES | 028-0 | JAMES W. SMITH | 3667412052 | 191.44 | 15.33 | 0.00 | 15.33 |
| 06-21783-JES | 015-0 | JAMES W. SMITH | 3348483305 | 512.34 | 20.69 | 0.00 | 20.69 |



Mary B. Grossman, Chapter 13 Trustee                Check No. 1056931
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-41669-JES | 020-0 | THOMAS E. TAIBL | 3881460515 | 289.78 | 37.36 | 0.00 | 37.36 |